UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

**MARIA JOSEPH**                                   CIVIL ACTION NO.:_____

**VERSUS**                                          JUDGE:_____

**CITY OF VILLE PLATTE**                        MAGISTRATE:_____

_____

**COMPLAINT**

The complaint of **MARIA JOSEPH**, a person of the full age and majority and a domiciliary of Evangeline Parish, Louisiana, with respect represents:

1.

Made defendant to this lawsuit is the **CITY OF VILLE PLATTE**, a body politic organized and operating under the charter and laws of the State of Louisiana; which defendant is liable unto petitioner for the full amount of her damages together with legal interest from the date of judicial demand until paid and for all costs of these proceedings for the following reasons:

2.

This action is brought pursuant to 42 U.S.C. SS 1983 and 1988 and the Fourth and Fourteenth Amendments to the United States' Constitution.

3.

Jurisdiction of this Court is founded upon 28 U.S.C. SS 1331 and 1343(a)(3).

4.

Plaintiff further invokes the pendant jurisdiction of this Court to consider related state claims arising under state statutory and common law and the Constitution of the State of Louisiana.

5.

At all times relevant to this lawsuit, defendant, **CITY OF VILLE PLATTE**, operated a municipal law enforcement department, with an elected City Marshall and various deputies.

6.

At all times relevant to this lawsuit, the individual deputy involved in this matter was a City Marshall deputy hired by defendant, **CITY OF VILLE PLATTE**, who was, at all times, acting within the course and scope of his employment.

7.

On or about May 5, 2017, plaintiff was approached by Arthur Phillips, Ville Platte City Marshall Deputy, and asked for her phone number, which plaintiff gave.

8.

Arthur Phillips later contacted plaintiff, **MARIA JOSEPH**, and asked if she wanted to take a ride to Kinder, Louisiana. Plaintiff agreed, assuming this was a date.

9.

Upon exiting Evangeline Parish, Arthur Phillips proceeded to threaten the plaintiff saying "either see your kids again or never see your kids again".

10.

The Ville Platte City Marshall Deputy, Arthur Phillips, picked up **MARIA JOSEPH**, dressed in his uniform and driving a marked Ville Platte City Marshall unit, and drove her to Fenton, Louisiana; not Kinder, where he initially told plaintiff they were going.

11.

Once in Fenton, Louisiana, Arthur Phillips brought plaintiff, **MARIA JOSEPH**, to his apartment, number 303, and called a couple of his friends and neighbor, "Chris" and "Ike", to come over and visit.

12

Arthur Phillips asked "Chris" if "he had any money on him" and "Chris" stated "he had a few $20s on him" and asked if she, **MARIA JOSEPH**, would do whatever he told her to.  Plaintiff, **MARIA JOSEPH**, told the men she didn't want any part of what they were talking about.

13.

Arthur Phillips instructed the plaintiff to "go ahead and touch Chris". It was at this time **MARIA JOSEPH** noticed the guns on the table and counter, along with a shotgun and an AR15 on the sofa. She told the men she "didn't do prostitution".

14.

At this time, Arthur Phillips proceeded to physically push **MARIA JOSEPH** onto "Chris" and told her to give "Chris" oral sex and to "do it for daddy". He also said that she was going to be there as long as he, Arthur Phillips, said she was going to be there. Plaintiff denied the request of Arthur Phillips and "Chris" told Arthur Phillips to leave the plaintiff alone and left the apartment.

15.

Later that Friday night, around 10:30p.m., on the 5th of May, 2017, plaintiff was left alone with Arthur Phillips when he decided they were going to a store. On the way to the store, Arthur Phillips asked **MARIA JOSEPH** if she did drugs. She told him no, only her prescribed medication and marijuana.

16.

After returning to Arthur Phillips' apartment, they came across "Ike" and Arthur Phillips handed "Ike" $10.00 and asked him to go buy some weed, which he did.

17.

A little later, "Joe", the owner of the store they had recently gone to, called Arthur Phillips asking if the plaintiff was still with him. Arthur Phillips said she was and to bring his money.

18.

Around 11:30 p.m., "Joe" arrived and put $120.00 down on the table. He and **MARIA JOSEPH** smoked the weed, then Arthur Phillips told the plaintiff to hug "Joe", and she did. While hugging "Joe", Arthur Phillips pushed them together and told **MARIA JOSEPH** "come on shorty, do it for daddy".

19.

Plaintiff proceeded to have sex with "Joe" while Arthur watched. The assault lasted from about 11:30p.m. to 2:00a.m. Saturday, when she fell asleep.

20.

**MARIA JOSEPH** was awakened from her sleep around 4:30a.m. Saturday morning and she told Arthur Phillips to bring her home. He said he would and they left his apartment.

21.

On the way to bring plaintiff home, they stopped at a Tobacco Plus store where Arthur Phillips purchased Tanqueray and some food, but instead of bringing her home, he returned to his apartment.

22.

Upon arriving at his apartment, Arthur Phillips told the plaintiff that he wanted her to watch him have sex with his girlfriend and he called his girlfriend to go over.

23.

A short while later, the girlfriend arrives at the apartment furious and picks up a gun inside of the apartment. Arthur Phillips got up and pushed his girlfriend against the counter. **MARIA JOSEPH** told the other woman to put the gun down.

24.

At that time, Arthur Phillips called the Jefferson Davis Sheriff's Department for help.

25.

When the deputies arrived, Arthur Phillips went outside to explain. The deputies accused **MARIA JOSEPH** of prostitution and threatened Arthur Phillips with criminal charges of prostitution. **MARIA JOSEPH** was then arrested and booked into the Jefferson Davis Parish Jail.

26.

The plaintiff's father bonded her out of the Sheriff's office and brought her home to shower and rest.

27.

On Monday, May 8, 2017, **MARIA JOSEPH** went to the Evangeline Parish Sheriff's Office and the Ville Platte Police Department and reported what Arthur Phillips had done to her.

28.

Plaintiff's loss of freedom by the actions of Arthur Phillips and confinenery to a jail cell caused her to suffer additional damages in violation of her Fourth and Fourteenth amendments protection.

29.

The conduct of the defendant, **CITY OF VILLE PLATTE**, and it's employee, was deliberate and rose to the level of callous indifference and was the proximate cause of the violation of plaintiff's federally protected rights entitling her to an award of exemplary damages against the defendant in an amount to punish the defendant for its actions and to deter the defendant from engaging in such conduct in the future.

30.

Plaintiff avers that she is compelled to hire an attorney and prosecute this action and to insure that the aforesaid conduct of the defendant does not continue. Plaintiff is, at the discretion of this Court, entitled to reasonable attorney's fees from the defendant in an amount not less than $50,000.00.

31.

The actions complained of herein, amount to outrageous conduct and arbitrary abuse of governmental power.

**WHEREFORE**, premises considered, plaintiff, **MARIA JOSEPH**, prays that:

1) The defendant, **CITY OF VILLE PLATTE**, be cited and served through its Chief Executive Officer, the City Mayor, Jennifer Vidrine, to appear and answer this complaint;

2) After the lapse of judicial delays and due proceedings had, there be judgment in favor of plaintiff, **MARIA JOSEPH**, and against the defendant, the **CITY OF VILLE PLATTE**, for all damages to which she is entitled to by law, including exemplary damages, together with all costs of court, interest as allowed by law, attorney's fees in an amount not less than $50,000.00 and any further relief or equitable, to which plaintiff may be entitled; and

3) She be allowed to proceed *in forma pauperis.*

RESPECTFULLY SUBMITTED:

BY: _____
ANTHONY C. DUPRE' – TRIAL ATTORNEY
BAR ROLL #01342
DUPRE-MEYERS, LLC
514 WEST MAIN STREET
POST OFFICE DRAWER F
VILLE PLATTE, LA 70586
PHONE:(337) 363-3804
FAX: (337) 363-2946
EMAIL: dupremeyers@yahoo.com