UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| MARIA JOSEPH | CIVIL ACTION NO. 17-0841 |
| VERSUS | UNASSIGNED DISTRICT JUDGE |
| CITY OF VILLE PLATTE | MAG. JUDGE PATRICK J. HANNA |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 16], no objections thereto having been filed, and finding that the Report and Recommendation is supported by the law and the record,

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss [Doc. No. 8] filed by Defendant City of Ville Platte is DENIED. Plaintiff may file an amended complaint within twenty-one (21) days of the date of this Judgment. Defendant may, thereafter, reurge its motion if necessary.

MONROE, LOUISIANA this 8th day of January, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE